SHEPPARD MULLIN RICHTER & HAMPTON LLP
JILL M. PIETRINI (Cal. Bar No. 138335)
  jpietrini@sheppardmullin.com
PAUL A. BOST (Cal. Bar No. 261531)
  pbost@sheppardmullin.com
1901 Avenue of the Stars, Suite 1600
Los Angeles, California  90067-6017
Telephone:   (310) 228-3700
Facsimile:   (310) 228-3701

*Attorneys for Plaintiff and Counter-Defendant*
UNITED ARTISTS CORPORATION

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| UNITED ARTISTS CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>UNITED ARTIST STUDIOS LLC, a Nevada limited liability company; UNITED ARTIST FILM FESTIVAL LLC, a Nevada limited liability company; XLI TECHNOLOGIES INC., a revoked Nevada corporation; XLI41 L.L.C., a Nevada limited liability company; JAMES P. SCHRAMM, an individual; and DOES 1-10, inclusive,<br><br>Defendants.<br><br>AND COUNTERCLAIMS. | Case No.  2:19-cv-00828-MWF-MAAx<br><br>**PLAINTIFF AND COUNTER-DEFENDANT UNITED ARTISTS CORPORATION'S EX PARTE APPLICATION FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION AGAINST DEFENDANT SCHRAMM**<br><br>Date:        TBD<br>Time:       TBD<br>Courtroom: 350 W. 1st Street, 5A<br>Judge:      Hon. Michael W. Fitzgerald<br><br>Complaint Filed:  Feb. 5, 2019<br>FAC Filed:  March 26, 2019 |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, before the Honorable Michael W. Fitzgerald, plaintiff and counter-defendant United Artists Corporation ("United Artists") hereby applies *ex parte* for a temporary restraining order and preliminary injunction prohibiting Defendant James P. Schramm ("Mr. Schramm") from threatening or

harassing United Artists' parent company Metro-Goldwyn-Mayer Studios Inc.'s ("MGM") counsel and employees.

United Artists seeks to enjoin harassment by Mr. Schramm that includes, but is not limited to, the following acts:

(1) physically confronting MGM's counsel and employees after court hearings in this case;

(2) making threatening or harassing phone calls to MGM's counsel and employees;

(3) sending threatening or harassing emails or any other communications containing threatening or harassing content to MGM's counsel and employees;

(4) posting threatening or harassing content about MGM's counsel and employees on www.biasloser.com and www.facebook.com or any other website;

(5) engaging in an advertising campaign (whether virtual or physical) containing threatening or harassing content about MGM's counsel and employees; and

(6) directing others to do any of the foregoing acts on Mr. Schramm's behalf.

United Artists further requests that the Court enter an order directing Mr. Schramm to remove prior threatening or harassing content referencing Daniel Flores, MGM's Executive Vice President of Litigation, posted at www.biasloser.com and www.facebook.com.

United Artists has good cause for seeking *ex parte* relief. Mr. Schramm has escalated his conduct in recent days to include threats and personal attacks on United Artists' legal representatives in an effort to intimidate counsel into dropping this lawsuit. Mr. Schramm has physically intimidated and assaulted Mr. Flores and has harassed Mr. Flores with phone calls and repeated emails threatening future

harassment. Mr. Schramm erected a billboard and posted material on www.biasloser.com and www.facebook.com that is clearly intended to harass and intimidate Mr. Flores. Mr. Schramm's threats include suggestions of physical harm to Mr. Flores and his children and threats to institute a widespread advertising campaign to harass Mr. Flores in the coming days. Mr. Schramm's conduct threatens imminent and irreparable harm to Mr. Flores and his family and to United Artists' interests in pursing this lawsuit. A court order enjoining Mr. Schramm from engaging in further harassing and threatening conduct directed at United Artists' representatives is warranted and should be issued immediately.

**Notice**: Plaintiff's counsel gave notice of this *ex parte* application by phone to Defendant Schramm's counsel, Eric Sapir on October 3, 2019 at 10:25 a.m. Mr. Sapir responded that Mr. Schramm intends to oppose the application. (Bost Decl. ¶ 7.)

Pursuant to Local Rule 7-19, Defendants' counsel's address is as follows:

Eric Sapir
Law Office of Eric Sapir
11040 Santa Monica Boulevard Suite 404
Los Angeles, CA 90025
Tel: 424-384-1650
Fax: 310-384-1651
Email: es@ericsapirlaw.com

/ / /

/ / /

/ / /

/ / /

1. This *ex parte* application is based on this Application, the accompanying Memorandum of Points and Authorities, the Declaration of Paul A. Bost, the Declaration of Daniel M. Flores, the proposed order, and all other pleadings and papers on file in this action.

Respectfully submitted,

SHEPPARD MULLIN RICHTER & HAMPTON LLP

Dated:  October 3, 2019          By     /s/ Jill M. Pietrini
                                    JILL M. PIETRINI
                                    PAUL A. BOST

*Attorneys for Plaintiff
and Counter-Defendant*
UNITED ARTISTS CORPORATION

SMRH:4811-7198-7112.1

-4-