# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| UNITED ARTISTS CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>UNITED ARTIST STUDIOS LLC, a Nevada limited liability company; UNITED ARTIST FILM FESTIVAL LLC, a Nevada limited liability company; XLI TECHNOLOGIES INC., a revoked Nevada corporation; XLI41 L.L.C., a Nevada limited liability company; JAMES P. SCHRAMM, an individual; and DOES 1-10, inclusive,<br><br>Defendants.<br><br>AND COUNTERCLAIMS. | Case No. 2:19-cv-00828-MWF-MAAx<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF AND COUNTER-DEFENDANT UNITED ARTISTS CORPORATION'S EX PARTE APPLICATION FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION AGAINST DEFENDANT SCHRAMM**<br><br>Courtroom: 350 W. 1st Street, 5A<br>Judge: Hon. Michael W. Fitzgerald<br><br>Complaint Filed: Feb. 5, 2019<br>FAC Filed: March 26, 2019 |

After consideration of Plaintiff and Counter-Defendant United Artists Corporation's ("United Artists") Ex Parte Application for a Temporary Restraining Order and Preliminary Injunction Against Defendant James P. Schramm ("Mr. Schramm"), all other papers filed herein, the records of the case, and good cause appearing, the Court hereby orders as follows:

IT IS HEREBY ORDERED that United Artists' ex parte application is granted in its entirety;

IT IS HEREBY FURTHER ORDERED that Defendant James P. Schramm be temporarily restrained from threatening and harassing conduct directed at United Artists' parent company Metro-Goldwyn-Mayer Studios Inc.'s ("MGM") counsel and employees, including but not limited to the following acts:

(1) physically confronting MGM's counsel and employees after court hearings in this case;

(2) making threatening or harassing phone calls to MGM's counsel and employees;

(3) sending threatening or harassing emails or any other communications containing threatening or harassing content to MGM's counsel and employees;

(4) posting threatening or harassing content about MGM's counsel and employees on www.biasloser.com and www.facebook.com or any other website;

(5) engaging in an advertising campaign (whether virtual or physical) containing threatening or harassing content about MGM's counsel and employees; and

(6) directing others to do any of the foregoing acts on Mr. Schramm's behalf.

///

///

///

///

Mr. Schramm is FURTHER ORDERED to remove prior threatening or harassing content referencing Daniel Flores, MGM's Executive Vice President of Litigation, posted at www.biasloser.com and www.facebook.com within two days of the entry of this order.

IT IS SO ORDERED.

Dated: _____     _____
                                                   UNITED STATES DISTRICT JUDGE

SMRH:4817-0105-7448.1