SHEPPARD MULLIN RICHTER & HAMPTON LLP
JILL M. PIETRINI (Cal. Bar No. 138335)
   jpietrini@sheppardmullin.com
PAUL A. BOST (Cal. Bar No. 261531)
   pbost@sheppardmullin.com
1901 Avenue of the Stars, Suite 1600
Los Angeles, California 90067-6017
Telephone: (310) 228-3700
Facsimile: (310) 228-3701

*Attorneys for Plaintiff and Counter-Defendant*
UNITED ARTISTS CORPORATION

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| UNITED ARTISTS CORPORATION, a Delaware corporation,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED ARTIST STUDIOS LLC, a Nevada limited liability company; UNITED ARTIST FILM FESTIVAL LLC, a Nevada limited liability company; XLI TECHNOLOGIES INC., a revoked Nevada corporation; XLI41 L.L.C., a Nevada limited liability company; JAMES P. SCHRAMM, an individual; and DOES 1-10, inclusive,<br><br>    Defendants.<br><br>AND COUNTERCLAIMS. | Case No. 2:19-cv-00828-MWF-MAAx<br><br>**PLAINTIFF AND COUNTER-DEFENDANT UNITED ARTISTS CORPORATION'S PROOF OF SERVICE OF EX PARTE APPLICATION FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION AGAINST DEFENDANT SCHRAMM AND SUPPORTING PAPERS**<br><br>Courtroom: 350 W. 1st Street, 5A<br>Judge: Hon. Michael W. Fitzgerald<br><br>Complaint Filed: Feb. 5, 2019<br>FAC Filed: March 26, 2019 |

<u>PROOF OF SERVICE</u>

<u>STATE OF CALIFORNIA, COUNTY OF LOS ANGELES</u>

At the time of service, I was over 18 years of age and **not a party to this action**.  I am employed in the County of Los Angeles, State of California.  My business address is 1901 Avenue of the Stars, Suite 1600, Los Angeles, CA 90067-6055.

On October 3, 2019, I served true copies of the following document(s) described as**:**

- **PLAINTIFF AND COUNTER-DEFENDANT UNITED ARTISTS CORPORATION'S EX PARTE APPLICATION FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION AGAINST DEFENDANT SCHRAMM**

- **PLAINTIFF AND COUNTER-DEFENDANT UNITED ARTISTS CORPORATION'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF ITS EX PARTE APPLICATION FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION AGAINST DEFENDANT SCHRAMM**

- **DECLARATION OF DANIEL M. FLORES IN SUPPORT OF PLAINTIFF AND COUNTER-DEFENDANT UNITED ARTISTS CORPORATION'S EX PARTE APPLICATION FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION AGAINST DEFENDANT SCHRAMM**

- **DECLARATION OF PAUL A. BOST IN SUPPORT OF PLAINTIFF AND COUNTER-DEFENDANT UNITED ARTISTS CORPORATION'S EX PARTE APPLICATION FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION AGAINST DEFENDANT SCHRAMM**

- **[PROPOSED] ORDER GRANTING PLAINTIFF AND COUNTER-DEFENDANT UNITED ARTISTS CORPORATION'S EX PARTE APPLICATION FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION AGAINST DEFENDANT SCHRAMM**

on the interested parties in this action as follows:

| | |
|---|---|
| office@calicounsels.com<br>esapir@calicounsels.com | *Attorney for Defendants and Counterclaimants* |

**BY E-MAIL OR ELECTRONIC TRANSMISSION:**  I caused a copy of the document(s) to be sent from e-mail address pbost@sheppardmullin.com to the persons at the e-mail addresses listed in the Service List.  I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

/ / /

/ / /

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on October 3, 2019, at Los Angeles, California.

/s/Paul A. Bost
Paul A. Bost

SMRH:4810-6844-7144.1