UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| UNITED ARTISTS CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>UNITED ARTIST STUDIOS LLC, a Nevada limited liability company; UNITED ARTIST FILM FESTIVAL LLC, a Nevada limited liability company; XLI TECHNOLOGIES INC., a revoked Nevada corporation; XLI41 L.L.C., a Nevada limited liability company; JAMES P. SCHRAMM, an individual; and DOES 1–10, inclusive,<br><br>Defendants. | Case No. 2:19-CV-828-MWF (MAAx)<br><br>**PRELIMINARY INJUNCTION** |
| AND COUNTERCLAIMS. | |

After consideration of Plaintiff and Counter-Defendant United Artists Corporation's ("United Artists") Ex Parte Application for a Temporary Restraining Order and Preliminary Injunction Against Defendant James P. Schramm (the "Ex Parte Application") (Docket No. 83), Defendant Schramm's Opposition (Docket No. 92), United Artists' Reply (Docket No. 99), all other papers filed herein, and the records of the case, and pursuant to Rule 65 of the Federal Rules of Civil Procedure,

The Court now **ORDERS** as follows:

1. Defendant James P. Schramm is **ENJOINED** during the pendency of the litigation from directly or indirectly making any harassing or threatening communications to anyone connected with this lawsuit, including but not limited to Daniel Flores, any employees of United Artists Corporation ("United Artists") or Metro-Goldwyn Mayer Studios Inc. ("MGM"), any lawyers for United Artists or MGM, or any lawyers at Sheppard, Mullin, Richter & Hampton LLP ("Sheppard Mullin").

2. For the guidance of the parties, Defendant James P. Schramm is specifically **ENJOINED** during the pendency of the litigation from directly or indirectly communicating with Daniel Flores in any manner and for any purpose.

3. For the guidance of the parties, Defendant James P. Schramm is specifically **ENJOINED** during the pendency of the litigation from directly or indirectly sending emails, sending texts, making telephone calls, or otherwise communicating with any employees of United Artists or MGM, any lawyers for United Artists or MGM, or any lawyers at Sheppard Mullin regarding any of the following:

    (1) the facts underlying this lawsuit;
    (2) the substance of the litigation;
    (3) matters relating to this lawsuit;
    (4) conduct related to this lawsuit;

(5) any information that personally identifies Daniel Flores, either by name or description;

(6) any information that personally identifies employees of United Artists or MGM, either by name or description; and

(7) any information that personally identifies any lawyers for United Artists or MGM or at Sheppard Mullin, or any other persons working on this litigation, either by name or description.

3. Defendant James P. Schramm is further **ENJOINED** from performing any of these actions through another person or by use of a subterfuge. This Preliminary Injunction shall not be construed to prohibit communications between the counsel of record for the parties.

This Order **SUPERSEDES** the Court's prior Order granting in part Plaintiff and Counter-Defendant's Ex Parte Application for a Temporary Restraining Order and Preliminary Injunction Against Defendant Schramm (Docket No. 84).

IT IS SO ORDERED.

Dated: October 17, 2019    _____
MICHAEL W. FITZGERALD
United States District Judge